UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **Norfolk Southern Railway Company,**<br><br>    Plaintiff,<br><br>v.<br><br>**Kevin Tobergte and Andy Hall,**<br><br>    Defendants. | Civil No. 5:18-207-KKC<br><br><br>**VERDICT FORM** |

\*\* \*\* \*\* \*\* \*\*

### NORFOLK SOUTHERN'S PROPERTY DAMAGE CLAIM

#### INTERROGATORY NO. 1

Do you find by a preponderance of the evidence that Kevin Tobergte was negligent in operating the southbound Train 175 and that his negligence was a substantial factor in causing the collision?

__✓__ Yes  _____ No

#### INTERROGATORY NO. 2

Do you find by a preponderance of the evidence that Andy Hall was negligent in operating the southbound Train 175 and that his negligence was a substantial factor in causing the collision?

__✓__ Yes  _____ No

*Please proceed to the next page.*

## INTERROGATORY NO. 3

Do you find by a preponderance of the evidence that the crew of Norfolk Southern's northbound M74 train was negligent in operating the M74 train and that its negligence was a substantial factor in causing the collision?

✓ Yes _____ No

*Proceed to the next page.*

If you answered "No" to all the above interrogatories, your work is done as to Norfolk Southern's property damage claims. Your foreperson should affix his or her number to the verdict form immediately below, date the form, and tell the Court Security Officer that you have reached a verdict. Do *not* proceed beyond this page.

If you answered "Yes" to any of the above interrogatories, then proceed to Interrogatory No. 4 on page 4.

**********

**VERDICT FORM**

_March 7, 2022_
Date

_528_
Foreperson Juror Number

## NORFOLK SOUTHERN PROPERTY DAMAGE CLAIM

## INTERROGATORY NO. 4

For any party to which you answered "Yes" in Interrogatories No. 1, 2, or 3, you must assign a percentage of fault for that party. For any party to which you answered "No," you must attribute zero percent of fault to that party. In determining the percentages of fault, you shall consider both the nature of the conduct of each party at fault and the extent of the causal relation between that party's conduct and the injuries alleged. The total percentage must total to 100%.

Percentage of fault attributed to Kevin Tobergte: __34__ %

Percentage of fault attributed to Andy Hall: __33__ %

Percentage of fault attributed to the northbound M74 crew: __33__ %

Total Percent: __100__ %

*Please proceed to the next page.*

## NORFOLK SOUTHERN PROPERTY DAMAGE CLAIM

## INTERROGATORY NO. 5

By a preponderance of the evidence, we the jury find that the fair market value of Norfolk Southern's property is as follows (*see Instruction No. 18*):

### Destroyed Property

- Destroyed Locomotive NS 4063: $ _Ø_
- Destroyed Locomotive NS8798: $ _Ø_
- Destroyed Rail Car NS 120294: $ _36328.64_
- Destroyed Rail Car SOU 85284: $ _3704.11_
- Destroyed Signal Mast: $ _8666.68_

### Damaged Property

- Damaged railroad track: $ _317982.76_
- Damaged Locomotive NS1167: $ _6,108.65_
- Damaged Locomotive NS9110/4259: $ _34833.58_
- Damaged Locomotive 9523: $ _48,784.87_
- Cost to unload Locomotives at Shop: $ _38,500.00_

Total: $ _494,909.29_

*Continue to Interrogatory No. 6.*

## FELA COUNTERCLAIM OF KEVIN TOBERGTE

### INTERROGATORY NO. 6

a. Do you find by a preponderance of the evidence that Norfolk Southern's M74 train and/or Hall was negligent in the manner(s) claimed by Kevin Tobergte and that such negligence resulted, in whole or in part, in injury or damage to Kevin Tobergte?

✓ Yes _____ No

b. If you answered "No" to the above interrogatory, your work is done as to Kevin Tobergte's FELA claim. Your foreperson should affix his or her number to the verdict form immediately below, date the form, and tell the Court Security Officer that you have reached a verdict. Do *not* proceed to parts (c) or (d).

\*\*\*\*\*\*\*\*\*\*\*

### VERDICT FORM

March 7, 2022
Date

528
Foreperson Juror Number

c. If you answered "Yes" to the above interrogatory, do you find from a preponderance of the evidence that Kevin Tobergte was negligent in the manner(s) claimed by Norfolk Southern and that his negligence resulted, in whole or in part, in his injuries and damages?

✓ Yes _____ No

d. If you answered "Yes" to the preceding questions of this Interrogatory, what proportion or percentage of fault do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

Answer in Terms of Percentages:

Norfolk Southern (M74 and/or Hall) __50__%

Kevin Tobergte __50__%

- 6 -

## FELA COUNTERCLAIM OF KEVIN TOBERGTE

## INTERROGATORY NO. 7

By a preponderance of the evidence, we the jury find that Kevin Tobergte sustained damages as follows:

- Medical Care: $61,133.83
- Past and future wages and benefits: $1,276,132.00
- Past and future physical and emotional pain and suffering: $723,868

Total: $2,006,133.83

*Continue to Interrogatory No. 8.*

## FELA COUNTERCLAIM OF ANDY HALL

## INTERROGATORY NO. 8

a. Do you find by a preponderance of the evidence that Norfolk Southern's M74 train and/or Tobergte was negligent in the manner(s) claimed by Andy Hall and that such negligence resulted, in whole or in part, in injury or damage to Andy Hall?

✓ Yes _____ No

b. If you answered "No" to the above interrogatory, your work is done as to Andy Hall's FELA claim. Your foreperson should affix his or her number to the verdict form immediately below, date the form, and tell the Court Security Officer that you have reached a verdict. Do *not* proceed to parts (c) or (d).

\*\*\*\*\*\*\*\*\*\*\*

### VERDICT FORM

March 7, 2022
Date

528
Foreperson Juror Number

c. If you answered "Yes" to the above interrogatory, do you find from a preponderance of the evidence that Andy Hall was negligent in the manner(s) claimed by Norfolk Southern and that his negligence resulted, in whole or in part, in his injuries and damages?

✓ Yes _____ No

d. If you answered "Yes" to the preceding questions of this Interrogatory, what proportion or percentage of fault do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

Answer in Terms of Percentages:

Norfolk Southern (M74 and/or Tobergte) 50 %

Andy Hall 50 %

## FELA COUNTERCLAIM OF ANDY HALL

## INTERROGATORY NO. 9

By a preponderance of the evidence, we the jury find that Andy Hall sustained damages as follows:

- Past and future wages and benefits: $339,112
- Past and future physical and emotional pain and suffering: $1,250,000.00

Total: $1,589,112.00

************************

Please sign and date the verdict form below and notify the Court Security Officer that you are ready to return to the courtroom.

**VERDICT FORM**

March 7, 2022
Date

528
Foreperson Juror Number