**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **Norfolk Southern Railway Company,** | Civil No. 5:18-207-KKC |
| Plaintiff, | |
| v. | **ORDER** |
| **Kevin Tobergte and Andy Hall,** | |
| Defendants. | |

\*\* \*\* \*\* \*\* \*\*

Norfolk Southern has filed motions (DEs 241, 242) asking the Court to stay execution of the judgment and to approve a supersedeas bond. If Defendants have any objection to the motions, they **SHALL FILE** the objection by **12:00 p.m. FRIDAY, APRIL 22, 2022**.

Dated April 15, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY